# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEVONTE WASH,
　　　　　　　Appellant,
vs.
THE STATE OF NEVADA,
　　　　　　　Respondent.

No. 75896

**FILED**

JUN 29 2018


ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
　　　DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court order denying a pretrial petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no order denying a pretrial petition for a writ of habeas corpus was entered.[1] Rather, the district court took the matter off calendar because appellant's "counsel did not file a writ." Thus, there is no final appealable decision. NRS 177.015(3). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

---

[1]No appeal lies from an order denying a pretrial petition for a writ of habeas corpus. *Gary v. Sheriff*, 96 Nev. 78, 605 P.2d 212 (1980). The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990).

18-24840

cc: Hon. Eric Johnson, District Judge
Devonte Wash
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Kenneth G. Frizzell, III

SUPREME COURT
OF
NEVADA

(O) 1947A